1

2

3

4

5                           UNITED STATES DISTRICT COURT
                           WESTERN DISTRICT OF WASHINGTON
                                    AT SEATTLE

6

7    VERITY CREDIT UNION,                        IN ADMIRALTY

8                         Plaintiff,             No. C07-1133MJP

9    v.                                          ORDER REGARDING PLAINTIFF'S
                                                 MOTION FOR ORDER OF
10   AFTER HOURS, et al.,                        DEFAULT, MARITIME LIEN
                                                 FORECLOSURE, SALE OF VESSEL
11                        Defendants.            AND JUDGMENT

12

13          This matter comes before the Court on Plaintiff Verity Credit Union's motion for an order of

14   default, maritime lien foreclosure, sale of vessel and judgment. (Dkt. No. 16.)  The motion is

15   DENIED WITHOUT PREJUDICE.  Plaintiff has not documented, through affidavits or other

16   evidence, why Plaintiff is entitled to recover the sum of $84,836.02.  Plaintiff's complaint alleges that

17   Defendants owe Plaintiff $72.909.59.  Plaintiff must account for the discrepancy in these dollar

18   amounts before the Court will enter a judgment.  Plaintiff is directed to re-file its motion, with all

19   necessary supporting documentation, within ten (10) calendar days of this order.

20          The clerk is directed to send copies of this letter to all counsel of record.

21          Dated: October 12th, 2007.

22

23                                               _____
                                                 Marsha J. Pechman
24                                               United States District Judge

25

26

ORDER — 1